**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01232-CR

**CHARLES WAYNE PHIFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-00169-H**

## ORDER

Before the Court is court reporter Crystal Jones's March 19, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on March 25, 2019.

/s/ CORY L. CARLYLE
   JUSTICE